# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDDIE JAMES RICHARDS, JR., AIS #233735, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:16-cv-707-ALB ) |
| KENDARIUS GLOVER, et al., | ) ) |
| Defendants. | ) |

## ORDER

On May 29, 2019, the Magistrate Judge entered a Recommendation (Doc. 61) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** that:

1. The Recommendation of the Magistrate Judge is **ADOPTED**.

2. The defendants' motions for summary judgment are **GRANTED**.

3. Judgment is **GRANTED** in favor of the defendants.

4. This case is **DISMISSED** with prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 25th day of June 2019.

                                               /s/ Andrew L. Brasher
                                      ANDREW L. BRASHER
                                      UNITED STATES DISTRICT JUDGE